# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 15, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145594(15)(16)

_____

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

WILLIAM CRAIG GARRETT,
        Defendant-Appellant.
_____/

SC: 145594
COA: 307728
Wayne CC: 1995-003838-FH

On order of the Chief Justice, the motion by defendant-appellant to extend the time for filing his appeal brief to July 5, 2013, is GRANTED. The brief received on July 3, 2013, is accepted for filing. On further order of the Chief Justice, the motion of Edward Donald Burley and Cornelius Brown to (1) waive fees and costs is GRANTED, and (2) file an amicus curiae brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 15, 2013



Clerk